UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY A. SHARP,

    Petitioner,

v.

COALINGA STATE HOSPITAL,

    Respondent.

Case No. 24-cv-08009-RS (PR)

**ORDER OF TRANSFER**

Petitioner challenges a detainer imposed as a result of state convictions he received in the San Diego County Superior Court, which lies in the Southern District of California. Accordingly, this action is TRANSFERRED to the Southern District of California, as that is the district of conviction. 28 U.S.C. §§ 84(d), 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** November 19, 2024

_____
RICHARD SEEBORG
Chief United States District Judge